Edward Milton WALLACE

v.

UNITED STATES of America.

No. 5487.

United States Court of Appeals
Tenth Circuit.

Nov. 16, 1956.

Anthis & Gotcher, Muskogee, Okl., for appellant.

Frank D. McSherry, U. S. Atty., Harry G. Fender, Asst. U. S. Atty., and Paul M. Brewer, Asst. U. S. Atty., Muskogee, Okl., for appellee.

Before BRATTON, Chief Judge, and PHILLIPS and LEWIS, Circuit Judges.

Dismissed for failure of appellant diligently to prosecute the same.

---

INTERNATIONAL LADIES' GARMENT WORKERS' UNION AFL et al.

v.

SEAMPRUFE Incorporated et al.

No. 5282.

United States Court of Appeals
Tenth Circuit.

Aug. 17, 1956.

Mullinax & Wells, Dallas, Tex., and Gene Stipe, McAlester, Okl., for appellants.

C. H. Baskin, Holdenville, Okl., Stevenson, Huser & Huser, Holdenville, Okl., and Mueller & Mueller, Fort Worth, Tex., for appellees.

Before BRATTON, Chief Judge.

Appeal dismissed on motion of appellants. D.C., 130 F.Supp. 737.

---

Donald James ELKINS et al.

v.

NEW MEXICO AND ARIZONA LAND COMPANY et al.

No. 5371.

United States Court of Appeals
Tenth Circuit.

Aug. 3, 1956.

Bart W. O'Hara, Denver, Colo., Charles A. Murdock, Denver, Colo., and Robertson & Skinner, Raton, N. M., for appellants.

J. R. Modrall, and William C. Briggs, Albuquerque, N. M., for appellees.

Before BRATTON, Chief Judge.

Dismissed on motion of appellants, appellees consenting thereto. D.C., 137 F.Supp. 767.

---

FRAWOOD'S FOR MEN, Limited,

v.

ROTHSCHILD'S B. & M., Inc.

No. 5365.

United States Court of Appeals
Tenth Circuit.

Aug. 10, 1956.

John S. Adams, Oklahoma City, Okl., for appellant.

Glenn H. Grubb and Monnet, Hayes & Bullis, Oklahoma City, Okl., for appellee.

Before BRATTON, Chief Judge.

Dismissed pursuant to stipulation of the parties.